UNITED STATES DISTRICT COURT

For the Southern District of Illinois

| | |
|---|---|
| JAMES E. DONLEY, SR. AND<br>TANNA R. DONLEY,<br><br>    Plaintiffs,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON<br>formerly known asThe Bank of New York,<br>BANK OF AMERICA, GOLDEN OAK<br>LENDING, INC. RICHARD RODAWALD,<br>DECISION ONE, MORTGAGE COMPANY,<br>LLC, HSBC,INC., MORTGAGE<br>ELECTRONIC REGISTRATION SYSTEMS,<br>INC., and BAYVIEW LOAN<br>SERVICING, LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 14 –cv-00655-JPG-SCW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ALIAS SUMMONS IN A CIVIL ACTION

TO: Defendant, Mortgage Electronic Registration Systems, Inc. c/o The Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    Robert B. Ramsey
    D. Jeffrey Ezra
    Ezra & Associates, LLC
    850 Vandalia St., Suite 310-320
    Collinsville, IL 62234

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: *June 18, 2014*

Name of Clerk of Court: *Justine Flanagan, Acting*

Deputy Clerk's signature