

**Office of the Sheriff**
**New Castle County, Delaware**

Trinidad Navarro
Sheriff

Louis L. Redding City/County Bldg.
800 N. French Street
Wilmington, DE 19801
Office: 302-395-8450, Fax: 302-395-8460

6/12/2014

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE)
) SS
NEW CASTLE COUNTY)

Court Case # 14-L-575

JAMES & TANNA DONLEY
vs
HSBC, INC

Ronald Fioravanti, being duly sworn, deposes that he/she is a Deputy Sheriff and avers that he/she served upon and left personally upon Registered Agent Representative    at **CORPORATION TRUST COMPANY 1209 ORANGE STREET WILMINGTON, DE 19801** on 6/11/2014 at 12:00 PM a copy of ALIAS SUMMONS AND COMPLAINT for **HSBC, INC**.

The Deponent further avers that he/she knew the person so served to be the same person as mentioned in the Out of State document.

**Sheriff # 14-005233**

Ronald Fioravanti
DEPUTY SHERIFF
NEW CASTLE COUNTY

STATE OF DELAWARE)
) SS
NEW CASTLE COUNTY)

BE IT REMEMBERED that on 6/12/2014 personally came before me, the Subscriber, a Notary Public of the State of Delaware, Ronald Fioravanti, a Deputy Sheriff of New Castle County and State of Delaware, and stated that the facts stated above are true and correct.
SWORN AND SUBSCRIBED before me, the date and year aforesaid.

Notary Public

May 20, 2014

STATE OF ILLINOIS
IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY
155 N Main St., Edwardsville, IL 62025
(618) 692-6240
madisoncountycircuitclerkIL.com

### ALIAS SUMMONS

JAMES E. DONLEY SR
    Plaintiff
  vs
HSBC INC
C/O CORP TRUST CO
1209 ORANGE STREET
WILMINGTON, DE 19801
    Defendant

CASE No. 2014 L 000575

You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the Clerk of this Court, within 30 days after this service of this summons, exclusive of the day of service. If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in the complaint.

This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.

Witness: MARK VON NIDA, Clerk of said Circuit Court and the seal thereof, at Edwardsville, Illinois, this May 20, 2014.

(seal)

MARK VON NIDA
Clerk of the Circuit Court

By:_____
Deputy Clerk

(Plaintiff's attorney or plaintiff if he is not represented by an attorney)

ROBERT B. RAMSEY
EZRA & ASSOCIATES LLC
850 VANDALIA STE 310-320
COLLINSVILLE, IL 62234

Date of Service:_____, 20_____.
(To be inserted by officer on the copy left with the defendant or other person)
**The Madison County Court makes every effort to comply with accessibility laws and provides reasonable accommodations to persons with disabilities. Hearing, visual, and other assistance may be arranged by contacting our Court Disability Coordinator, Teri Picchioldi at 618-296-4884.**

Case No. 2014 L 000575

State of Illinois}
Madison County} ss.

I,_____, Sheriff of said county, have duly served the within summons on the defendant_____ by leaving a copy thereof with said defendant personally, on the_____ day of_____, 20_____.

I have duly served the said summons on the defendant, _____

on the_____ day of_____, 20_____, by leaving a copy of said summons on said date at his usual place of abode with_____, a person of the family of said _____ of the age of 13 years or upwards and by informing such persons with whom said summons was left of the contents thereof and by also sending a copy of said summons on the _____ day of_____, 20_____, in a sealed envelope, with postage fully prepaid, addressed to said defendant_____, at his usual place of abode, as stated hereinabove in my return.

Dated this_____ day of_____, 20_____.

_____
Sheriff

Sheriff's Fees

| | |
|---|---|
| Service | $_____ |
| Making Copies | $_____ |
| Miles Travel | $_____ |
| Cost of mailing copies | $_____ |
| Return | $_____ |
| Total | $_____ |

JAMES E. DONLEY SR
    Plaintiff
vs

HSBC INC
C/O CORP TRUST CO
1209 ORANGE STREET
WILMINGTON, DE 19801
    Defendant