

**Office of the Sheriff**
**New Castle County, Delaware**

Trinidad Navarro
Sheriff

Louis L. Redding City/County Bldg.
800 N. French Street
Wilmington, DE 19801
Office: 302-395-8450, Fax: 302-395-8460

6/27/2014

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE)
) SS
NEW CASTLE COUNTY)

**Court Case # 14-L-575**

JAMES & TANNA DONLEY VS. THE BANK OF NEW YORK MELLON, ET AL
vs
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC

Ronald Fioravanti, being duly sworn, deposes that he/she is a Deputy Sheriff and avers that he/she served upon and left personally upon Registered Agent Representative **Amy McLaren** at **CORPORATION TRUST COMPANY 1209 ORANGE STREET WILMINGTON, DE 19801** on 6/25/2014 at 12:00 PM a copy of ALIAS SUMMONS AND COMPLAINT for **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.**

The Deponent further avers that he/she knew the person so served to be the same person as mentioned in the Out of State document.

**Sheriff # 14-006005**

Ronald Fioravanti
DEPUTY SHERIFF
NEW CASTLE COUNTY

STATE OF DELAWARE)
) SS
NEW CASTLE COUNTY)

BE IT REMEMBERED that on 6/27/2014 personally came before me, the Subscriber, a Notary Public of the State of Delaware, Ronald Fioravanti, a Deputy Sheriff of New Castle County and State of Delaware, and stated that the facts stated above are true and correct.
SWORN AND SUBSCRIBED before me, the date and year aforesaid.

_____
Notary Public

# UNITED STATES DISTRICT COURT

## For the Southern District of Illinois

| | | |
|---|---|---|
| JAMES E. DONLEY, SR. AND <br> TANNA R. DONLEY, <br><br> Plaintiffs, <br><br> v. <br><br> THE BANK OF NEW YORK MELLON formerly known as The Bank of New York, BANK OF AMERICA, GOLDEN OAK LENDING, INC. RICHARD RODAWALD, DECISION ONE, MORTGAGE COMPANY, LLC, HSBC, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and BAYVIEW LOAN SERVICING, LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 14 –cv-00655-JPG-SCW |

### ALIAS SUMMONS IN A CIVIL ACTION

TO: Defendant, Mortgage Electronic Registration Systems, Inc. c/o The Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert B. Ramsey
D. Jeffrey Ezra
Ezra & Associates, LLC
850 Vandalia St., Suite 310-320
Collinsville, IL 62234

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: June 18, 2014

Name of Clerk of Court: Justine Flana Green, Acting

Deputy Clerk's signature

[Stamp: IN SHERIFF'S HANDS NEW CASTLE COUNTY 2014 JUN 24 PM 6:05]

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

_____ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

_____ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there, on *(date)* _____ ,

and mailed a copy to the individual's last known address; or

_____ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

_____ I returned the summons unexecuted because _____ ; or

_____ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

(l)As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.