IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES E. DONLEY, SR. and<br>TANNA R. DONLEY,<br><br>    Plaintiffs,<br><br>vs.<br><br>BANK OF NEW YORK MELLON, *et al.*,<br><br>    Defendants. | Case No. 14-cv-00655-JPG-SCW |

**MEMORANDUM AND ORDER**

This matter comes before the court on Defendants Bank of New York Mellon, as Trustee, and Bayview Loan Servicing, LLC's Motion (Doc. 72) to Dismiss Pursuant to Rule 41(b) for want of prosecution and for Plaintiffs failure to comply with a court order.

Plaintiffs filed a Complaint in the Circuit Court, Third Judicial Circuit, Madison County, Illinois on April 17, 2014 alleging Fraud, Malicious Prosecution, Interference with Economic Opportunity and to Quiet Real Property Title.  Defendants removed to this Court on June 6th, 2014.  On November 4, 2014, the Court granted Attorney Robert B. Ramsey (counsel for plaintiffs) Motion (Doc. 71) to Withdraw and directed Plaintiffs to retain new counsel or indicate that they would precede *pro se* on or before December 29, 2014.  To date, Plaintiffs have not retained new counsel or made any indication to the Court that they would precede *pro se*.

The Court also notes that the Plaintiffs have failed to respond to this motion and to the Motion to Dismiss (Doc. 67) filed on October 21, 2015.  Plaintiffs have had adequate warning on both motions and have failed to respond.  Further, Plaintiffs failed to appear for a hearing set before Magistrate Judge Williams on January 6th, 2015.

Federal Rule of Civil Procedure 41((b) provides for involuntary dismissal, "If the plaintiff fails to prosecute or to comply with these rules or a court order." Further, The Court has inherent authority to manage its docket. *See In re Bluestein & Co.*, 68 F.3d 1022, 1025 (7th Cir. 1995).

Based on the above, the Court **GRANTS** Defendants Bank of New York Mellon, as Trustee, and Bayview Loan Servicing, LLC's Motion (Doc. 72) to Dismiss Pursuant to Rule 41(b) and **DISMISSES** this matter. The Clerk of Court is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:** 1/29/2015

s/J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**