## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES E. DONLEY, SR. and )
TANNA R. DONLEY, )
 )
    Plaintiffs, )
 )
vs. )   Case No. 14-cv-00655-JPG-SCW
 )
BANK OF NEW YORK MELLON, *et al.*, )
 )
    Defendants. )

### JUDGMENT

This matter having come before the Court and the plaintiffs having failed to prosecute this action, the issues having been heard, and a decision having been rendered,

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is **DISMISSED** without prejudice.

DATED: 1/29/2015

                                                        Reid Hermann, Deputy Clerk
                                                        **Justine Flanagan**
                                                        **Acting Clerk of Court**

**Approved:**    s/J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**